FELDBERG *vs.* KELLOGG and KELLOGG, impleaded, &c.

---

Ten days given to pay costs accruing on exceptions to answers, and on attachment for non payment of the same; and twenty days allowed for putting in further answers. In the mean time, the bonds given upon the attachment were to be operative.

---

THE defendants had been attached for not paying certain costs of exceptions taken to their answers, and for not putting in further answers. The court had allowed a moderate time for the filing and answering of interrogatories. On this day the same were read; and the court decided, that the defendants had not purged their contempt.

THE VICE-CHANCELLOR made an order, that the defendants

should pay the costs of the exceptions as taxed, and the costs of the attachment and present proceedings, within ten days from this time ; and put in further answers within twenty days: otherwise they were to stand committed.   In the mean time, the bonds given by the defendants for their appearance upon the attachment were to be continued, until the terms of the order were satisfied.   And (as the defendants had denied their having employed the solicitor who had put in their former answers) they had leave to change their solicitor.

Mr. *John Greenwood* appeared for the complainant; and,

Mr. *Jacob R. Van Rensselaer* for the defendants,